IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3054 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| DEBORAH VASQUEZ, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue sentencing (filing 117) is granted.

(2) Defendant Vasquez's sentencing is continued to Wednesday, October 26, 2011, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated September 14, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge