# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3054 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| DEBORAH V. VASQUEZ, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion for leave to file under seal (filing 126) is granted.

(2) The defendant's unopposed motion to continue sentencing (filing 127) is granted.

(3) Defendant Vasquez's sentencing is continued to Friday, May 4, 2012, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated March 30, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge