IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3054 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM AND ORDER** |
| DEBORAH V. VASQUEZ, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion to extend time allowed to surrender to the Bureau of Prisons (filing 143) is granted.

(2) The defendant's commitment date to the Federal Bureau of Prisons is hereby continued to October 8, 2012, at or before 2:00 p.m.

(3) Copies of this memorandum and order shall be provided to counsel of record, the Probation Office, and the United States Marshal. The United States Marshal shall provide the Bureau of Prisons with a copy of this memorandum and order.

(4) If the Bureau of Prisons selects a different self-surrender date than the one ordered in paragraph 2 above, the Bureau of Prisons shall not select a date any earlier than October 8, 2012. And, the United States Marshals Service shall notify the defendant, counsel of record, and the Probation Office of the new date selected by the Bureau of Prisons.

Dated August 1, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge